In the Matter of the Claim of CHARLES B. McKAY, Respondent, against PERMA MAID COMPANY, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.